# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

| | | |
|---|---|---|
| **MARY MOTON, on behalf of herself and others similarly situated** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION NO.:** **4:20-cv-01182** |
| **COMENITY BANK,** | ) ) ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff Mary Moton ("Plaintiff") and Defendant Comenity Bank ("Comenity"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), herby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Comenity in the above styled action, with each party to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of March, 2021,

| | |
|---|---|
| */s/ Ryan S. Rummage* | */s/Michael L. Greenwald (with permission)* |
| Ryan S. Rummage, Esq. (MO Bar #69871) | Michael L. Greenwald, Esq. (pro hac vice) |
| **BURR & FORMAN LLP** | GREENWALD DAVIDSON RANDBIL |
| 420 North 20th Street, Suite 3400 | PLLC |
| Birmingham, AL 35203 | 7601 N. Federal Highway, Suite A-230 |
| Telephone: (205) 251-3000 | Boca Raton, FL 33487 |
| Facsimile: (205) 458-5100 | mgreenwald@gdrlawfirm.com |
| Email: rrummage@burr.com | *Counsel for Plaintiff* |
| *Attorney for Defendant* | |
| COMENITY BANK | |

45003878 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of March 2021, a copy of the foregoing was filed with the Court's Electronic Filing System, which will serve a copy of the same to the following counsel of record:

Anthony LaCroix
LaCroix Law Firm, LLC
1600 Genessee, Suite 956
Kansas City, MO 64102
tony@lacroixlawkc.com

Michael L. Greenwald
Greenwald Davidson Randbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, FL 33487
mgreenwald@gdrlawfirm.com
*Counsel for Plaintiffs*

*/s/ Ryan S. Rummage*
Ryan S. Rummage
